AO 91 (Rev. 08/09) Criminal Complaint

**UNDER SEAL**

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

FEB 1 3 2018

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| KEISHA L. WILLIAMS | ) | Case No. 1:18-mj-68 |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __October 2014 to February 2018__ in the county of __Fairfax__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1349 | Conspiracy to Commit Wire Fraud |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:
Grace Hill, AUSA

*Complainant's signature*

Jamie Vera, Special Agent (FBI)
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 02/13/2018

/s/
John F. Anderson
United States Magistrate Judge
*Judge's signature*

City and state: Alexandria, Virginia

Hon. John F. Anderson, U.S. Magistrate Judge
*Printed name and title*