# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 1:18-CR-160 |
| v. | Hon. Leonie M. Brinkema |
| KEISHA L. WILLIAMS, | Trial Date: October 15, 2018 |
| Defendant. | |

## GOVERNMENT'S PROPOSED SPECIAL VERDICT FORM

The government respectfully requests the Court use the attached special verdict form at trial in the above captioned matter.

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

By: _____/s/_____
Grace L. Hill
Jack Hanly
Assistant United States Attorneys
U.S. Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: (703) 299-3700; Fax: (703) 299-3980
Email: Grace.Hill@usdoj.gov
Email: Jack.Hanly@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 1:18-CR-160 |
| v. | Hon. Leonie M. Brinkema |
| KEISHA L. WILLIAMS, | Trial Date: October 15, 2018 |
| Defendant. | |

## VERDICT FORM–COUNT ONE

With respect to Count One, wire fraud:

We, the jury, find the Defendant, KEISHA L. WILLIAMS:

    Not Guilty: _____    Guilty: _____

So say we all this \_\_\_ day of _____, 2018.

_____

Foreperson

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 1:18-CR-160 |
| v. | Hon. Leonie M. Brinkema |
| KEISHA L. WILLIAMS, | Trial Date: October 15, 2018 |
| Defendant. | |

VERDICT FORM–COUNT TWO

With respect to Count Two, wire fraud:

We, the jury, find the Defendant, KEISHA L. WILLIAMS:

    Not Guilty: _____   Guilty: _____

So say we all this \_\_\_ day of _____, 2018.

_____
Foreperson

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 1:18-CR-160 |
| v. | Hon. Leonie M. Brinkema |
| KEISHA L. WILLIAMS, | Trial Date: October 15, 2018 |
| Defendant. | |

## VERDICT FORM–COUNT THREE

With respect to Count Three, wire fraud:

We, the jury, find the Defendant, KEISHA L. WILLIAMS:

　　Not Guilty: _____　　Guilty: _____

So say we all this ___ day of _____, 2018.

_____
Foreperson

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 1:18-CR-160 |
| v. | Hon. Leonie M. Brinkema |
| KEISHA L. WILLIAMS, | Trial Date: October 15, 2018 |
| Defendant. | |

VERDICT FORM–COUNT FOUR

With respect to Count Four, wire fraud:

We, the jury, find the Defendant, KEISHA L. WILLIAMS:

    Not Guilty: _____     Guilty: _____

So say we all this \_\_\_ day of _____, 2018.

_____
Foreperson

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 1:18-CR-160 |
| v. | Hon. Leonie M. Brinkema |
| KEISHA L. WILLIAMS, | Trial Date:  October 15, 2018 |
| Defendant. | |

VERDICT FORM–COUNT FIVE

With respect to Count Five, wire fraud:

We, the jury, find the Defendant, KEISHA L. WILLIAMS:

    Not Guilty: _____     Guilty: _____

So say we all this \_\_\_ day of _____, 2018.

_____
Foreperson

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 1:18-CR-160 |
| v. | Hon. Leonie M. Brinkema |
| KEISHA L. WILLIAMS, | Trial Date: October 15, 2018 |
| Defendant. | |

## VERDICT FORM–COUNT SIX

With respect to Count Six, wire fraud:

We, the jury, find the Defendant, KEISHA L. WILLIAMS:

    Not Guilty: _____      Guilty: _____


So say we all this \_\_\_ day of _____, 2018.


_____
Foreperson

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 1:18-CR-160 |
| v. | Hon. Leonie M. Brinkema |
| KEISHA L. WILLIAMS, | Trial Date: October 15, 2018 |
| Defendant. | |

### VERDICT FORM–COUNT SEVEN

With respect to Count Seven, wire fraud:

We, the jury, find the Defendant, KEISHA L. WILLIAMS:

    Not Guilty: _____      Guilty: _____

So say we all this \_\_\_ day of _____, 2018.

_____
Foreperson

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 1:18-CR-160 |
| v. | Hon. Leonie M. Brinkema |
| KEISHA L. WILLIAMS, | Trial Date:  October 15, 2018 |
| Defendant. | |

### VERDICT FORM–COUNT EIGHT

With respect to Count Eight, wire fraud:

We, the jury, find the Defendant, KEISHA L. WILLIAMS:

    Not Guilty: _____        Guilty: _____

So say we all this \_\_\_ day of _____, 2018.

_____
Foreperson

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 1:18-CR-160 |
| v. | Hon. Leonie M. Brinkema |
| KEISHA L. WILLIAMS, | Trial Date: October 15, 2018 |
| Defendant. | |

VERDICT FORM–COUNT NINE

With respect to Count Nine, wire fraud:

We, the jury, find the Defendant, KEISHA L. WILLIAMS:

    Not Guilty: _____        Guilty: _____

So say we all this \_\_\_ day of _____, 2018.

_____
Foreperson

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 1:18-CR-160 |
| v. | Hon. Leonie M. Brinkema |
| KEISHA L. WILLIAMS, | Trial Date: October 15, 2018 |
| Defendant. | |

VERDICT FORM–COUNT TEN

With respect to Count Ten, financial transactions in illegal proceeds:

We, the jury, find the Defendant, KEISHA L. WILLIAMS:

    Not Guilty: _____    Guilty: _____

So say we all this ___ day of _____, 2018.

_____
Foreperson

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 1:18-CR-160 |
| v. | Hon. Leonie M. Brinkema |
| KEISHA L. WILLIAMS, | Trial Date: October 15, 2018 |
| Defendant. | |

## VERDICT FORM–COUNT ELEVEN

With respect to Count Eleven, financial transactions in illegal proceeds:

We, the jury, find the Defendant, KEISHA L. WILLIAMS:

    Not Guilty: _____     Guilty: _____

So say we all this \_\_\_ day of _____, 2018.

_____
Foreperson

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 1:18-CR-160 |
| v. | Hon. Leonie M. Brinkema |
| KEISHA L. WILLIAMS, | Trial Date: October 15, 2018 |
| Defendant. | |

VERDICT FORM–COUNT TWELVE

With respect to Count Twelve, financial transactions in illegal proceeds:

We, the jury, find the Defendant, KEISHA L. WILLIAMS:

    Not Guilty: _____   Guilty: _____


So say we all this \_\_\_ day of _____, 2018.


_____
Foreperson

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 1:18-CR-160 |
| v. | Hon. Leonie M. Brinkema |
| KEISHA L. WILLIAMS, | Trial Date: October 15, 2018 |
| Defendant. | |

### VERDICT FORM–COUNT THIRTEEN

With respect to Count Thirteen, financial transactions in illegal proceeds:

We, the jury, find the Defendant, KEISHA L. WILLIAMS:

    Not Guilty: _____      Guilty: _____


So say we all this \_\_\_ day of _____, 2018.


_____
Foreperson

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 1:18-CR-160 |
| v. | Hon. Leonie M. Brinkema |
| KEISHA L. WILLIAMS, | Trial Date: October 15, 2018 |
| Defendant. | |

## VERDICT FORM–COUNT FOURTEEN

With respect to Count Fourteen, conspiracy to impersonate a federal agent to demand money:

We, the jury, find the Defendant, KEISHA L. WILLIAMS:

Not Guilty: _____    Guilty: _____

So say we all this ___ day of _____, 2018.

_____
Foreperson

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 1:18-CR-160 |
| v. | Hon. Leonie M. Brinkema |
| KEISHA L. WILLIAMS, | Trial Date:  October 15, 2018 |
| Defendant. | |

VERDICT FORM–COUNT FIFTEEN

With respect to Count Fifteen, obtaining confidential phone records:

We, the jury, find the Defendant, KEISHA L. WILLIAMS:

    Not Guilty: _____     Guilty: _____

If you find the defendant guilty of having unlawfully purchased or obtained confidential telephone records, then you must determine whether she did so either:

    _____  while violating another law of the United States, in this case either wire fraud or conspiracy to impersonate a federal agent to demand money; or

    _____  as part of a pattern of illegal activity involving more than $100,000 in a 12-month period.

    So say we all this ___ day of _____, 2018.

_____
Foreperson

## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2018, I electronically filed the foregoing GOVERNMENT'S PROPOSED VERDICT FORM with the Clerk of Court using the CM/ECF system, which will send a notification of that electronic filling (NEF) of the foregoing to the following:

Robert Lee Jenkins , Jr.
Bynum & Jenkins PLLC
1010 Cameron Street
Alexandria, VA 22314
Email: rjenkins@bynumandjenkinslaw.com

                        G. Zachary Terwilliger
                        Acting United States Attorney

By:         /s/
      Jack Hanly
      Assistant United States Attorneys
      U.S. Attorney's Office
      Eastern District of Virginia
      2100 Jamieson Avenue
      Alexandria, VA 22314
      Phone: (703) 299-3700;
      Fax: (703) 299-3980
      Email: Jack.Hanly@usdoj.gov