IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Case No. 1:18-CR-160-LMB |
| KEISHA L. WILLIAMS, | Trial: October 15, 2018 |
| Defendant. | |

## GOVERNMENT'S EXHIBIT LIST

The United States of America, by and through undersigned counsel, hereby submits its list of trial exhibits.

| GX | Description | Off'd | Adm'd |
|---|---|---|---|
| 1-1 | Zydacron Purchase Agreement | | |
| 1-2 | Certified translation of final page of Zydacron Purchase Agreement | | |
| 1-3 | U.S. Consul's certificate of authenticity of foreign public record | | |
| 2-1 | Deissenberger letter dated October 9, 2017 | | |
| 2-2 | Ritchie letter dated July 13, 2016 | | |
| 2-3 | Ritchie letter dated March 2, 2017 | | |
| 2-4 | Ritchie letter dated April 18, 2017 | | |
| 2-5 | McLean letter dated May 15, 2015 | | |
| 2-6 | Ritchie letter dated October 10, 2017 | | |

| GX | Description | Off'd | Adm'd |
|---|---|---|---|
| 2-7 | Ritchie letter dated August 31, 2016 | | |
| 3-1 | Text message #s 160570–72 between Williams and D'Andrade | | |
| 3-2 | Text message #s 160585–86 between Williams and D'Andrade | | |
| 3-3 | Text message #s 56069–63747 between Williams and D'Andrade | | |
| 3-4 | Text message #s 125644–127537 between Williams and D'Andrade | | |
| 3-5 | Text message #s 78815–78817 between Williams and Arthur Robinson | | |
| 3-6 | Text message #s 159574–159642 between Williams and D'Andrade | | |
| 3-7 | Text message #s 158331–158340 between Williams and D'Andrade | | |
| 3-8 | Text message #s 127898–129032 between Williams and D'Andrade | | |
| 3-9 | Text message #s 00000423-00010721 between Williams and D'Andrade | | |
| 3-10 | Text message #s 00038495-00038984 between Williams and D'Andrade | | |
| 3-11 | Text message #s 00039489-00040862 between Williams and D'Andrade | | |
| 3-12 | Text message #s 00042243-00042343 between Williams and D'Andrade | | |
| 3-13 | Text message #s 00044735-00045058 between Williams and D'Andrade | | |

| GX | Description | Off'd | Adm'd |
|---|---|---|---|
| 3-14 | Text message #s 00055054-00055132 between Williams and D'Andrade | | |
| 3-15 | Text message #s 00078128-00083573 between Williams and D'Andrade | | |
| 3-16 | Text message #s 00092886-00099640 between Williams and D'Andrade | | |
| 3-17 | Text message #s 00101138-00101147 between Williams and D'Andrade | | |
| 3-18 | Text message #s 00101599-00102153 between Williams and D'Andrade | | |
| 3-19 | Text message #s 00103106-00106734 between Williams and D'Andrade | | |
| 3-20 | Text message # 00107484 between Williams and D'Andrade | | |
| 3-21 | Text message #s 00109098-00109104 between Williams and D'Andrade | | |
| 3-22 | Text message #s 00111132-00132377 between Williams and D'Andrade | | |
| 3-23 | Text message #s 00158300-00158317 between Williams and D'Andrade | | |
| 3-24 | Text message #s 00162034-00165486 between Williams and D'Andrade | | |
| 3-25 | Text message #s 00171077-00176702 between Williams and D'Andrade | | |
| 3-26 | Text message #s 00179119-00179741 between Williams and D'Andrade | | |

| GX | Description | Off'd | Adm'd |
|---|---|---|---|
| 3-27 | Text message #s 00181697–00187081 between Williams and D'Andrade | | |
| 3-28 | Text message #s 7556, 7489–87 between Williams and Shirley Jo Sanders | | |
| 3-29 | Text message # 7339 between Sanders and D'Andrade | | |
| 3-30 | Text message #s 00146421 – 191728 between Williams and Daniel Osias | | |
| 3-31 | SMS messages between Williams and Ike | | |
| 3-32 | [Reserved] | | |
| 3-33 | Text message #s 32933–32935 between Williams and Arthur Robinson | | |
| 3-34 | Text message #s 17721–17784 between Williams and Arthur Robinson | | |
| 3-35 | Text message #s 106839–106866 between Williams and Arthur Robinson | | |
| 3-36 | Text message #s 176186–176219 between Williams and Ruben Gresham | | |
| 3-37 | Text message #s 187701–187782 between Williams and Ruben Gresham | | |
| 3-38 | Text message #s 188221–188321 between Williams and Ruben Gresham | | |
| 3-39 | Text message # 188688 between Williams and Ruben Gresham | | |
| 3-40 | Text message # 31391 – 61406 between Williams and Daou | | |

4

| GX | Description | Off'd | Adm'd |
|---|---|---|---|
| 3-41 | Text message #s 159772–160888 between Williams and Newsome | | |
| 3-42 | Text message #s 186628–631 between Williams and Freeman | | |
| 3-43 | Text messages #s 163903–164267 between Williams and ▮ 1117 | | |
| 3-44 | Text message # 169666 between Williams and D'Andrade | | |
| 3-45 | Text messages between Williams and multiple others, August 14, 2017, through October 12, 2017 | | |
| 3-45-1 | Image000000(23).png | | |
| 3-45-2 | Image000000(51).jpg | | |
| 3-45-3 | IMG_20170903_1030431(3).jpg | | |
| 3-45-4 | IMG_20170903_1026368.jpg | | |
| 3-46 | Text messages between Williams and multiple others, June 16, 2016 through July 27, 2016 | | |
| 3-46-1 | Imagejpeg_0)(290) | | |
| 3-46-2 | Imagejpeg_1(28) | | |
| 4-1 | Email from D'Andrade to Amini Osias dated March 3, 2017 | | |
| 4-2 | Email from Williams to D'Andrade dated September 2, 2017 with 2-page attachment | | |
| 4-3 | Email chain re: "Fw: Delta Computer solutions, Inc." with 2-page fax attachment | | |

5

| GX | Description | Off'd | Adm'd |
|---|---|---|---|
| 4-4 | Email from Christian D'Andrade to Trevor D'Andrade dated July 13, 2016, with attached letter from Marlon Ritchie | | |
| 4-5 | Email from Williams to Trevor D'Andrade dated July 15, 2016, with subject line "Documents" | | |
| 4-6 | Email from Williams to Trevor D'Andrade dated July 15, 2016 containing multiple attachments | | |
| 4-7 | Emails between Daniel Osias and Christian D'Andrade between November 15, 2016 and November 16, 2016 | | |
| 4-8 | Email from Christian D'Andrade to Keisha Ramrattan, dated October 22, 2017 | | |
| 4-9 | Email from Christian D'Andrade to Keisha Ramrattan, dated October 23, 2017 | | |
| 4-10 | Email from Williams to UCE dated October 12, 2017, with Deissenberger letter attached | | |
| 4-11 | Email from Williams to UCE dated October 16, 2017 | | |
| 4-12 | Email from Williams to Williams, dated August 31, 2016, with Merrill Lynch statement attached | | |
| 4-13 | Email from Williams to Ritchie dated August 31, 2016 | | |
| 5-1 | Sanders check dated August 11, 2015, for $8,000 to KWAC | | |
| 5-2 | CitiBank account statement for KWAC, August 1–August 31, 2015 | | |
| 5-3 | CitiBank internal screenshot | | |

| GX | Description | Off'd | Adm'd |
|---|---|---|---|
| 5-4 | Five pages of internal Bank of America records relating to Williams' Merrill Lynch account | | |
| 5-5 | Citibank official check 230201575 | | |
| 5-6 | Citibank March 2015 monthly statement for KWAC account | | |
| 5-7 | Citibank official check 230245960 | | |
| 5-8 | Citibank April 2017 monthly statement for KWAC account | | |
| 5-9 | Citibank official check 230255087 | | |
| 5-10 | Citibank October 2017 monthly statement for KWAC account | | |
| 5-11 | Citibank branch addresses | | |
| 5-12 | Bank of America Cashier's Check 0879802271 | | |
| 5-13 | Bank of America withdrawal slip for cashier's check 0879802271 | | |
| 5-14 | Bank of America credit copy for cashier's check 0879802271 | | |
| 5-15 | Bank of America account statement for February 2016 for account ending in 7442 | | |
| 5-16 | Bank of America teller records for transfer of $180,000 into account ending in 7442 on February 8, 2016 | | |
| 5-17 | BB&T January 2018 monthly statement for Williams account | | |
| 5-18 | Citibank December 2017 monthly statement for KWAC account | | |

| GX | Description | Off'd | Adm'd |
|---|---|---|---|
| 5-19 | Redacted Merrill Edge Statement for $58 million | | |
| 6-1 | PRTT records for target number ▇▇▇9990 for January 1, 2018 | | |
| 6-2 | PRTT records for target number ▇▇▇4144 for January 1, 2018 | | |
| 6-3 | Verizon phone records for ▇▇▇4144 for July 14, 2016 | | |
| 6-4 | AT&T phone records for ▇▇▇9990 from July 14, 2016 | | |
| 6-5 | AT&T phone records for ▇▇▇9990 from July 27, 2016 | | |
| 6-6 | AT&T phone records for ▇▇▇9990 from December 9, 2016 | | |
| 6-7 | Cell site data for July 14, 2016 | | |
| 6-8 | Cell site data for July 15, 2016 | | |
| 6-9 | Cell site data for July 27, 2016 | | |
| 6-10 | Cell site data for October 16, 2017 | | |
| 6-11 | Cell site data for December 9, 2016 | | |
| 6-12 | Cell site data for November 1, 2017 | | |
| 6-13 | Cell site data for January 2, 2018 | | |
| 6-14 | PRTT records for target number ▇▇▇9990 for November 1, 2017 | | |

| GX | Description | Off'd | Adm'd |
|---|---|---|---|
| 7-1 | Loan Agreement and Right of First Refusal between Williams and D'Andrade | | |
| 7-2 | "Updated List of People I Borrowed Money From" | | |
| 7-3 | Notice from PayPal to Daniel Osias of payments to KWAC on January 26, 2018 | | |
| 7-4 | Notice from PayPal to Daniel Osias of payments to KWAC on January 26, 2018 | | |
| 7-5 | Handwritten note with information regarding KWAC and $100,000 loan | | |
| 7-6 | Referrals to Celerity by Carla McPhun | | |
| 7-7 | Four Seasons invoice | | |
| 8-1 | UCE video recording of Williams on October 12, 2017 | | |
| 8-2 | Clips from UCE video recording of Williams on October 12, 2017 | | |
| 8-3 | Transcript of clips from UCE video recording of Williams on October 12, 2017 | | |
| 9-1 | Package left at Thomas Murphy's door | | |
| 9-2 | Papers pertaining to a Wells Fargo fax | | |
| 9-3 | Steve Ike Wells Fargo fax | | |
| 9-4 | Jimmy Choo neon patent Geranium stilettos | | |
| 9-5 | Barney's high-top lace-ups | | |

| GX | Description | Off'd | Adm'd |
|---|---|---|---|
| 9-6 | IRO tank top | | |
| 9-7 | Veronica Beard jacket | | |
| 9-8 | Breitling watch | | |
| 10-1 | Jamaal King CV | | |
| 10-2 | [reserved] | | |
| 10-3 | Richard Fennern CV | | |
| 10-4 | Richard Fennern final report | | |
| 10-5 | Conroy Jett CV | | |
| 10-6 | Conroy Jett – 1 CD UFED Reader; 1 Blu Ray UFED Filesystem & Logical Extractions [Demonstratives] | | |
| 10-7 | Cell tower map for July 14, 2016 | | |
| 10-8 | Cell tower map for July 15, 2016 | | |
| 10-9 | Cell tower map for July 27, 2016 | | |
| 10-10 | Cell tower map for October 16, 2017 | | |
| 10-11 | Cell tower map for December 9, 2016 | | |
| 10-12 | Cell tower map for November 1, 2017 | | |

| GX | Description | Off'd | Adm'd |
|---|---|---|---|
| 10-13 | Cell tower map for January 1, 2018 (EDT) | | |
| 10-14 | Photograph of a cell tower | | |
| 10-15 | Diagram of orientation points for cell tower | | |
| 10-16 | Diagram of three sectors of cell tower | | |
| 11-1 | Inflows to bank accounts in the name of Keisha Williams and/or KWAC | | |
| 11-2 | Sources of Money Raised for Software | | |
| 11-3 | Text messages from Keisha Williams to Christian D'Andrade referencing money that Williams got from people | | |
| 11-4 | Outflows from bank accounts in the name of Keisha Williams and/or KWAC | | |
| 11-5 | Travel | | |
| 11-6 | Payments made from accounts in the name of Keisha Williams and/or KWAC to Austria | | |
| 12-1 | Christian D'Andrade Plea Agreement | | |
| 12-2 | Christian D'Andrade Statement of Facts | | |
| 12-3 | Carla McPhun Plea Agreement | | |
| 12-4 | Carla McPhun Statement of Facts | | |

| GX | Description | Off'd | Adm'd |
|---|---|---|---|
| 12-5 | Arthur Robinson Plea Agreement | | |
| 12-6 | Arthur Robinson Statement of Facts | | |
| 12-7 | Ruben Gresham Plea Agreement | | |
| 12-8 | Ruben Gresham Statement of Facts | | |
| 13-1 | Arthur Robinson grand jury transcript | | |
| 13-2 | Nouhoum Daou grand jury transcript | | |
| 13-3 | Rex Osborn grand jury transcript | | |

The government further respectfully requests leave of the Court to file additional exhibits if necessary.

                                              G. Zachary Terwilliger
                                              United States Attorney

By:     /s/ Grace L. Hill
           Grace L. Hill
           Jack Hanly
           Assistant United States Attorneys
           Eastern District of Virginia
           2100 Jamieson Avenue
           Alexandria, VA 22314
           Tel: (703) 299-3700
           grace.hill@usdoj.gov
           jack.hanly@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2018, I will electronically file the foregoing with the Clerk of Court using the CM/ECF, which will then send a notification of such filing (NEF) to all counsel of record.

                                              G. Zachary Terwilliger
                                              United States Attorney

                       By:              /s/
                                              Grace L. Hill
                                              Counsel for the United States