FILED

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA VIRGINIA

2018 OCT 10 P 3: 35

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. **1:18CR160** |
| | ) | |
| v. | ) | |
| | ) | |
| **KEISHA L. WILLIAMS** | ) | |

### TRIAL EXHIBIT CUSTODY FORM

Government/Defendant Exhibit(s) __1 Series__ - __15 Series__ were received on __October 10, 2018__.

_____
Signature of person receiving exhibits

-----------------------------------------------------------------

I certify that the exhibits being submitted to the court are those listed on the exhibit list filed.

_____
Signature of person receiving exhibits