Dear Judge,

Ms Williams is an awesome lady! She's prayed for me and helped me with a big decision about my unexpected pregnancy. She told me that God has plans for all of us and to be one hundred percent sure, harming an unexpected baby is not in his plans. I was in a rough time in my life where I was so unsure of whether to abort my first born child or go through with the pregnancy and raise him. I cried so much sitting in that cold room full of silence, you could just feel how evil the abortion clinic was. The history of what they do there to babies that didn't ask to be born. I am so grateful for Ms Williams because she opened my heart to see pass the hurt and the sorrow of that moment and look towards the untold future that was bound to happen. We prayed and prayed and cried and prayed so more, and that day I made the decision to go forth into motherhood without feeling ashamed of how precious God is to bless me out of all people with a baby boy. Thank you Ms Williams for your kindness and your love. May all the days of blessings come your way! Anything is possible in the name of the Jesus Christ. While Ms Williams was on house arrest with her own issues, not being able to intertwine with the outside world she kept focused on God and took the time to share her love and love for God with me.

Respectfully,

Deija Griffin

1/14/2019