FILED
IN OPEN COURT

JAN 1 8 2019

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

UNITED STATES OF AMERICA )
)
v. ) Criminal No. 1:18CR160
)
KEISHA L. WILLIAMS, )
)
*Defendant*. )
)

## <u>RESTITUTION ORDER</u>

1. Pursuant to 18 U.S.C § 3663A(a)(1), the defendant is ordered to pay restitution in the amount of **$5,315,090** jointly and severally with Christian E. D'Andrade, Sr. (1:18CR332), Carla McPhun (1:18CR333) to the extent the Court has determined they are responsible for the same losses.

2. The amount of restitution paid to any victim, collectively, shall not exceed the victim's total loss from the offenses of conviction.

3. The victims' names, addresses, and respective total loss amounts are listed in Attachment A to this Restitution Order.

5. Christian E. D'Andrade, Sr. and Carla McPhun shall only be entitled to receive restitution pursuant to this Order when all other victims identified in Attachment A have been paid in full.

6. Interest:

   ___✓___ is waived.

   _____ accrues as provided in 18 U.S.C § 3612(f).

7. Notwithstanding any other provision of this Restitution Order or the sentence imposed, including the directive to make periodic payments, restitution is due in full and payable immediately from assets known and unknown and including assets identified in the Presentence Report. The Government may enforce restitution at any time.

8. If incarcerated, the Court encourages the defendant to participate in the Bureau of Prisons' Inmate Financial Responsibility Program, to comply with the provisions of the

financial plan, and to meet the defendant's financial obligation, pursuant to 28 C.F.R. § 545.10-11.

9.    If restitution is not paid in full immediately, the defendant shall pay to the Clerk at least $ _200.00_ per month or 25 percent of net income, whichever is greater, beginning 60 days after release from any period of confinement, or 60 days after sentencing if no confinement is imposed.

10.   All payments shall be made to the Clerk of Court, United States District Court, 401 Courthouse Square, Alexandria, Virginia 22314.

11.   Within 30 days of (a) any change of name, residence, or mailing address; and/or (b) any material change in economic circumstances that affects the ability to pay restitution, the defendant shall notify the Clerk of Court and the United States Attorney's Office, Financial Litigation Unit, 8000 World Trade Center, Norfolk, Virginia 23510.

12.   No delinquent or default penalties will be imposed except upon Order of the Court.

13.   The Clerk of Court shall distribute the funds all other victims on a pro rata basis until paid in full.  Christian E. D'Andrade, Sr. and Carla McPhun shall be paid only after all other victims are paid in full first.  The Clerk may withhold distribution of any restitution amounts until the sum available for restitution to each victim is at least $25.00

ENTERED this _18_ day of _January_, 2019.

at Alexandria, Virginia

/s/

Leonie M. Brinkema
United States District Judge

2

WE ASK FOR THIS:

G. Zachary Terwilliger
United States Attorney

Grace Hill
Jack Hanly
Assistant United States Attorneys
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
Telephone -703-299-3700
grace.hill@usdoj.gov
jack.hanly@usdoj.gov

SEEN AND AGREED:

Keisha L. Williams
Defendant

Robert Lee Jenkins, Jr.
Counsel for Defendant
Bynum & Jenkins PLLC
1010 Cameron Street
Alexandria, Virginia 22314
Telephone – 703-549-7701
rjenkins@bynumandjenkinslaw.com

3

## REDACTED ATTACHMENT A TO RESTITUTION ORDER

| Victim: | Loss Amount: |
| --- | --- |
| A.D. | $76,400 |
| A.H. | $25,000 |
| A.K. | $25,000 |
| A.P. | $17,500 |
| A.T. | $2,500 |
| A.W. | $123,200 |
| A.WH. | $50,000 |
| B.S. | $5,000 |
| C.B. | $1,000 |
| C.C. | $652,200 |
| C.D. | $40,000 |
| CH.D.** | $1,220,350 |
| C.M.** | $369,300 |
| D.D. | $13,460 |
| D.O. | $50,000 |
| D.T. | $23,000 |
| E.C. | $20,000 |
| E.K. | $3,000 |
| E.M. | $50,000 |
| G.A. | $42,000 |
| G.&N.R. | $5,000 |
| H.J. | $9,500 |
| I.H. | $10,000 |
| J.F. | $30,000 |
| J.P. | $3,800 |
| J.S. | $13,000 |
| J.S. | $45,000 |
| J.V. | $250,000 |
| K.R. | $147,500 |
| L.D. | $1,300 |
| L.S. | $38,000 |
| M.&J.C. | $70,000 |
| M.J. | $254,000 |
| M.M. | $298,000 |
| M.W. | $100,000 |
| O.P. | $24,000 |
| O.T. | $20,000 |
| P.D. | $19,000 |
| P.L. | $12,000 |

4

| | |
|---|---|
| R.D. | $8,000 |
| R.F. | $6,000 |
| R.N. | $70,000 |
| S.H. | $73,500 |
| S.I. | $173,000 |
| S.J. | $800 |
| S.J.S. | $297,480 |
| T.D. | $30,000 |
| T.D. | $25,000 |
| T.H. | $32,000 |
| T.J. | $4,500 |
| T.P. | $70,000 |
| V.R. | $325,800 |
| W.W. | $29,000 |
| Y.C. | $11,000 |
| **Total due from Defendant** | **$5,315,090** |

**\*\* To be paid last and only after all other victims have been paid in full first.**